**SO ORDERED.**
**SIGNED this 22nd day of December, 2016**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

In re

**SALVADOR A. GAUDIANO**          Case No. 3:14-bk-32050-SHB

    Reorganized Debtor          Chapter 11

### ORDER

Upon the Motion By Reorganized Debtor To Modify Confirmed Plan, and after proper notice and a hearing on December 22, 2016, there being no objections and it appearing that cause exists to grant the Motion, it is therefore

**ORDERED** that the Debtor's Fourth Amended Plan Of Reorganization is modified to allow the change in monthly payment to JPMorgan Chase Bank, NA on its Class 5b claim from 646.30 to $449.26.

###

APPROVED FOR ENTRY:

/s/ Edward J. Shultz
Edward J. Shultz (#014665)
Attorney for the Reorganized Debtor
Ayres & Parkey Attorneys, PLLC
P.O. Box 23380
Knoxville, TN 37933
(865) 637-1181