**SO ORDERED.**
**SIGNED this 10th day of September, 2018**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE

In re

**SALVADOR A. GAUDIANO**               Case No. 3:14-bk-32050- SHB

   **Reorganized Debtor**                     Chapter 11

### ORDER

Upon the motion by the Debtor to reopen this Chapter 11 case pursuant to E.D. Tenn. LBR 3022-1 without paying a filing fee, and without notice and a hearing pursuant to E.D. Tenn. LBR LBR 9013-1(g)(1)(xxii), it appearing that good cause exists, it is therefore

**ORDERED** that this case be reopened without payment of a filing fee and without notice and a hearing.

###

PREPARED FOR ENTRY:

/s/ Edward J. Shultz
Edward J. Shultz  (#014665)
Attorney for the Reorganized Debtor
Ayres & Parkey Attorneys, PLLC
P.O. Box 23380
Knoxville, TN 37919
(865) 637-1181